

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2018

No. 04-18-00424-CR

Mark Andrew **MORGAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-17-0298
Honorable Frank Follis, Judge Presiding

# O R D E R

Appellant's brief was originally due September 28, 2018. Neither the brief nor a motion for extension of time was filed at that time. The clerk's office of this court spoke to appellant's counsel by telephone and he advised he would file a motion for extension of time requesting a sixty (60) day extension by Friday, October 5, 2018. On October 15, 2018, appellant filed a motion for leave, requesting permission to file an untimely motion for extension of time. Appellant also filed a motion for extension of time, requesting a sixty (60) day extension of time to file his brief. In his motions, appellant explains his computer crashed and he is in the process repairing it.

After consideration, we **GRANT** appellant's motions and **ORDER** appellant to file his brief in this court **on or before December 17, 2018**. Appellant is advised that no further extensions of time to file his brief will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2018.



_____

Keith E. Hottle
Clerk of Court